JONES ET AL., APPELLANTS, *v*. NATIONWIDE INSURANCE COMPANY, APPELLEE.

[Cite as *Jones v. Nationwide Ins. Co.*, 98 Ohio St.3d 1201, 2002-Ohio-7029.]

*Insurance — Motor vehicles — Uninsured/underinsured motorist coverage — Homeowners insurance policy — Resident-employee exception — Appeal dismissed as improvidently allowed.*

(No. 2001-1604 — Submitted December 4, 2002 — Decided December 23, 2002.)

APPEAL from the Court of Appeals for Stark County, No. 2000CA00329.

_____

**{¶1}** Although this cause was accepted for review and held for the decision in *Lemm v. The Hartford*, submitted with *Hillyer v. State Farm Fire & Cas. Co.*, 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262, *Lemm* does not apply. This cause is therefore dismissed as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

Black, McCuskey, Souers & Arbaugh, Robert E. Soles Jr. and Brian L. Metz, for appellants.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Gregory E. O'Brien and Jeffrey G. Palmer, for appellee.

_____